**Order Withdrawn and Abatement Order filed June 18, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00407-CV
_____

### IFS2I CONSULTING LLC AND IFS2I FRANCE, Appellant

v.

### Goldvein, S.A., Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13-DCV-211220**

## ABATEMENT ORDER

We withdraw our order of May 19, 2015, abating this appeal for 60 days for mediation. We now abate the appeal effective June 8, 2015, due to bankruptcy.

Notice was filed on June 15, 2015, that appellant is in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on June 8, 2015, IFS2I Consulting, L.L.C. petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas under case number 15-33173. A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed

until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM